# EXHIBIT 1

# POLO RALPH LAUREN

Polo Factory Store
4959 International Drive #1E01
Orlando, FL 32819
407-903-0339

Store: 252          Register: 6
Date: 12/1/25        Time: 2:43 PM
Ticket: 562629
Salesperson:
  264035 (Dorian)
Cashier: 377986

Customer: A A
Customer ID: 823113850

| Item | Qty | | Price | Amount |
|------|-----|---|-------|--------|
| B&T SHOR | | | | |
| 198352937799 | 1 | | $110.00 | 66.00 |
| M 40% ESE MENS APPAR | | | | (44.00) |
| S/S FANC | | | | |
| 198916557814 | 1 | | $69.50 | 52.12 |
| M NECKWEAR, BEAR, FL | | | | (17.38) |
| B&T FANC | | | | |
| 190328827660 | 1 | | $59.50 | 35.70 |
| M 40% ESE MENS APPAR | | | | (23.80) |
| B&T SOLI | | | | |
| 197748407625 | 1 | | $59.50 | 35.70 |
| M 40% ESE MENS APPAR | | | | (23.80) |

|  | | |
|---|---|---|
| Subtotal | 189.52 |
| Tax   6.5% | 12.32 |
| **Total** | **201.84** |

| Cash | 202.00 |
|------|--------|

| Change | |
|--------|------|
| Cash | (0.16) |

*******************************************
You have saved 108.98
*******************************************

Please note: Our price adjustment policy has been amended as follows.

Purchases may not be exchanged in a return transaction for a price lower than
the original purchase price, regardless of any subsequent sales, promotions, or
other discounting activity. We have the right to refuse an otherwise valid
return in order to enforce this policy.

Sold Item Count = 4



T1131EN11A3A1CK4C19RY

We'd love to hear from you.
Please tell us how we did today at





1:10 👤                                   ..ıl 5G<sub>W</sub> 92

## Customer_2025-03-15_135312942 ⌄    ✕

### POLO RALPH LAUREN

Polo Factory Store
4959 International Drive #1E01
Orlando, FL 32819
407-903-0339

Store: 252          Register: 1
Date: 3/15/25       Time: 1:51 PM
Ticket: 394643
Salesperson:
  378845 (Harold)
Cashier: 382424

Customer: Anthony Powell
Customer ID: 538833232

| Item | Qty | | | Price | Amount |
|------|-----|--|--|-------|--------|
| B&T S/S | | | | | |
| 197078007205 | 1 | | | $125.00 | 41.99 |
| | | | Promo Price | ($65.02) | $59.98 |
| MKTG- 30% off | | | | | (17.99) |
| S/S FANC | | | | | |
| 198352518455 | 1 | | | $65.00 | 34.12 |
| | | | Promo Price | ($16.25) | $48.75 |
| MKTG- 30% off | | | | | (14.63) |
| S/S SOLI | | | | | |
| 197748196628 | 1 | | | $59.50 | 31.24 |
| | | | Promo Price | ($14.87) | $44.63 |
| MKTG- 30% off | | | | | (13.39) |

|  | | |
|--|--|--|
| Subtotal | | 107.35 |
| Tax   6.5% | | 6.98 |
| Total | | 114.33 |

CARDHOLDER COPY
Date                03/15/2025
Time                13:52:59
Card                ****2190
PAN seq.            00
Pref. name         VISA PREPAID
Card type      visastandarddebit
Payment method           visa
Payment variant
                 visastandarddebit
Entry mode     Contactless chip
CVM res.      VERIFIED BY DEVICE
AID            A0000000031010
MID            420429000295050
TID            M400-402012672
PTID               88928050
Auth. code           420868
Tender         63H8Oeg4EbML
Refere⁻
  0⁻                  ⁵43008
Type                 ⁻VICES
TOTAL                ⁻14.33
APPROVED
Retain for your records



POLO RALPH LAUREN

Polo Factory Store
4959 International Drive #1E01
Orlando, FL 32819
407-903-0339

Store: 252          Register: 4
Date: 4/11/26       Time: 6:53 PM
Ticket: 602490
Salesperson:
  null ()
Cashier: 391117

Customer: Anthony Powell
Customer ID: 823113850

| Item | Qty | Price | Amount |
|---|---|---|---|
| M-COLD WE | | | |
| 885400176698 | 1 | $65.00 | 48.75 |
| MKTG- 25% off | | | (16.25) |
| SHORTS-W | | | |
| 197574604397 | 1 | $89.50 | 67.12 |
| MKTG- 25% off | | | (22.38) |
| B&T SHOR | | | |
| 198916968535 | 1 | $110.00 | 82.50 |
| MKTG- 25% off | | | (27.50) |
| M-S/S SOL | | | |
| 885400885637 | 1 | $118.00 | 75.23 |
| Promo Price | | ($17.70) | $100.30 |
| MKTG- 25% off | | | (25.07) |
| L/S WOVEN | | | |
| 884094387298 | 1 | $125.00 | 93.75 |
| MKTG- 25% off | | | (31.25) |

                    Subtotal    367.35
              Tax   6.5%         23.87

                    Total       391.22

CARDHOLDER COPY
Date                04/11/2026
Time                19:02:59
Card                ****6038
PAN seq.            00
Pref. name          VISA DEBIT
Card type           visastandarddebit
Payment method      visa
Payment variant
                    visastandarddebit
Entry mode          ICC
AID                 A0000000031010
MID                 420429000295050
TID                 M400-402011823
PTID                88927745
Auth. code          326379
Tender              63H8Nc359jeX
Reference
  0025220260411000040602490010
Type                GOODS_SERVICES
TOTAL               $ 391.22
APPROVED
Retain for your records

Change                          0.00
******************************************
        You have saved 140.15
******************************************


Please note: Our price adjustment policy
has been amended as follows.

Purchases may not be exchanged in a return
transaction for a price lower than the
original purchase price, regardless of any
subsequent sales, promotions, or other
discounting activity. We have the right to
refuse an otherwise valid return in order
to enforce this policy.

Sold Item Count = 5

░T1131EN1173DCAN4C1LIM░

We'd love to hear from you.
Please tell us how we did today at